# In the United States District Court for the Southern District of Georgia Waycross Division

NGAN KIM NGUYEN MINNIS,

    Plaintiff,

v.

GEORGIA DEPARTMENT OF LABOR, and SUSAN WARREN,

    Defendants.

5:24-cv-46

### ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to dismiss Plaintiff's Complaint based on the Court's lack of jurisdiction. Dkt. No. 7. Plaintiff did not file Objections to this Report and Recommendation, and the time to do so has elapsed.

Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **DISMISS** Plaintiff's Complaint, **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate

judgment of dismissal, and **DENY** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 24 day of April, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA